UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40070
Civil Docket #2:99-CV-233

_____


MERLIN PORE, Individually and as Representative of the Estate of
Weylin Pore, WANDA PORE, Individually and as Representative of the
Estate of Weylin Pore,

                                        Plaintiffs-Appellants,

                    versus

GREGORY A. BARKSDALE; ET AL,

                                        Defendants,

                GREGORY A. BARKSDALE,

                                        Defendant-Appellee.


_____

            Appeal from the United States District Court
                for the Eastern District of Texas
_____

                    December 13, 2001
Before JONES, EMILIO M. GARZA, and STEWART, Circuit Judges.[*]

PER CURIAM:

        The court has carefully considered this appeal in light

of the briefs, oral argument and pertinent portions of the record.

Having done so, we find no reversible error of fact or law in the

_____

        [*]     Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

district court's judgment and its choice of law determination. Notwithstanding the able arguments of appellants' counsel, the district court did not err in concluding that Kansas had the most significant relationship to this case, it was the place of the accident, the residence of the victim, a principal place of the individual defendant's employment, and the place of injury and neither Texas nor Virginia had a more significant relationship to the litigation.

AFFIRMED.